Richard BERG, Respondent,

v.

HOWARD BOHANON ROOFING, and Farmers Insurance Group, Relator, and State Treasurer, as Custodian of Special Compensation Fund.

No. C6–98–1740.

Supreme Court of Minnesota.

Nov. 17, 1998.

Craig B. Nichols, Hansen, Dordell, Bradt, Odlaug & Bradt, P.L.L.P., Hubert H. Humphrey, III, Atty. Gen., St. Paul, for relator.

Kenneth G. Treinen, Jr., Bloomington, for respondent.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed September 4, 1998, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

Employee is awarded $400 in attorney fees.

BY THE COURT:
Russell A. Anderson
Associate Justice